IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHANIEL JOHNSON,** | Case No. 2:17-cv-00344 KJM AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER** |
| **E. ARNOLD, et al.,** | |
| Defendants. | |

On April 20, 2020, Defendants Baumert, Kuersten, and Win moved the Court for a second modification of the Court's Discovery and Scheduling Order issued August 6, 2019 (ECF No. 30) and sought an additional extension of time of fourteen days, up to and including May 4, 2020, to file a motion for summary judgment. Good cause having been shown, Defendants' motion, ECF No. 36, is HEREBY GRANTED. The deadline for all parties to file dispositive motions in this case is extended to May 4, 2020.

DATED: April 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE