IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JOHNSON, | Case No. 2:17-cv-00344 KJM AC P |
| Plaintiff, | |
| v. | [PROPOSED] **ORDER** |
| E. ARNOLD, et al., | |
| Defendants. | |

Defendants Baumert, Kuersten, and Win move the Court for a further modification of the Court's August 6, 2019 Discovery and Scheduling Order, and seek an additional extension of time of seven days to file a motion for summary judgment. Good cause having been shown, Defendants' motion will be granted and, due to the ongoing COVID-19 health crisis, additional extended time will be provided.

Accordingly, IT IS HEREBY ORDERED that Defendants' request for extended time, ECF No. 38, is GRANTED. The deadline for any party to file a dispositive motion in this case is extended to May 29, 2020.

DATED: May 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1